**Order entered November 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00528-CV

### LINDA FITZERMAN, Appellant

### V.

### CLASSIC AMERICANA, LLC, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12166**

## ORDER

We **GRANT** appellant's November 4, 2015 unopposed motion for an extension of time

to file a reply brief.  Appellant shall file a reply brief by **NOVEMBER 25, 2015**.


/s/     ELIZABETH LANG-MIERS
         JUSTICE